# Court of Appeals
# of the State of Georgia

ATLANTA,  January 06, 2025

*The Court of Appeals hereby passes the following order:*

## A25A0863. SUZANNAH HEIMEL v. SHARON GREGG AND JAY HANLEY et al.

In September 2024, Suzannah Heimel filed an action in the superior court, seeking to challenge the eligibility of certain purported Oconee County residents to vote in the November 5, 2024 general election. The defendants filed motions to dismiss, which the trial court granted.[1] Heimel then appealed to this Court.

The Supreme Court of Georgia "has exclusive appellate jurisdiction over '[a]ll cases of election contest.'" *Cook v. Bd. of Registrars*, 291 Ga. 67, 68 (2) (a) (1) (727 SE2d 478) (2012) (quoting Ga. Const. of 1983, Art. VI, Sec. VI, Par. II (2)). Because the underlying subject matter of this action is an "election contest," it appears that jurisdiction over this appeal may lie in the Supreme Court. See *Cook*, 291 Ga. at 71-72 (2) (a) (4) (observing that a pre-election challenge to a voter's qualifications to vote in a specific election may come within the Supreme Court's "election contest" jurisdiction). Further, the Supreme Court has the ultimate responsibility for determining appellate jurisdiction. See *Saxton v. Coastal Dialysis & Med. Clinic*, 267 Ga. 177, 178 (476 SE2d 587) (1996).

---

[1] Heimel also filed a motion for an emergency injunction, which the trial court denied.

Accordingly, this appeal is hereby TRANSFERRED to the Supreme Court for disposition.



*Court of Appeals of the State of Georgia*
   *Clerk's Office, Atlanta,* __01/06/2025_____

     *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

     *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*